UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDI STONE,<br><br>            Plaintiff,<br>v.<br><br>UNIVERSITY OF NEW ORLEANS RESEARCH AND TECHNOLOGY FOUNDATION, INC., XYZ INSURANCE COS. 1-10<br>            Defendant. | CAUSE NO.: 2:23-cv-01741<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

## *EX PARTE* MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Sandi Stone, who respectfully moves this Court to enroll and substitute as counsel of record Daniel A. Meyer (La. Bar #33278), of Slater Slater Schulman, LLP, who is a member of the Louisiana bar in good standing, and withdrawing as counsel William Most.

WHEREFORE, plaintiff Sandi Stone prays that Daniel A. Meyer be enrolled and substituted as counsel of record in this matter.

Respectfully submitted,

**SLATER SLATER SCHULMAN, LLP**

 /s/ *Daniel A. Meyer*
Daniel A. Meyer (La. Bar No. 33278)
825 Baronne Street
New Orleans, Louisiana 70115
Telephone: (504) 334-8522
Facsimile: (212) 922-0907
dmeyer@sssfirm.com
*Counsel for Sandi Stone*

1

*/s/ William Most*
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 13, 2023, a copy of the above and foregoing motion and attachments has been served via United States Mail, properly addressed, postage prepaid, or via electronic transmission, to all counsel of record.

*/s/ Daniel Meyer*
Daniel A. Meyer

2