UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDI STONE,<br><br>       Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NEW ORLEANS RESEARCH AND TECHNOLOGY FOUNDATION, INC., XYZ INSURANCE COS. 1-10<br><br>       Defendant. | CAUSE NO.: 2:23-cv-01741<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

**ORDER**

Considering the foregoing *Ex Parte* Motion to Substitute Counsel,

**IT IS ORDERED** that the motion be an hereby is **GRANTED**. Daniel A. Meyer (La. Bar #33278), of Slater Slater Schulman, LLP, is enrolled and substituted as counsel for plaintiff, Sandi Stone, and William Most is withdrawn as counsel for plaintiff.

New Orleans, Louisiana, this _____ day of June, 2023.

 

_____
**UNITED STATES DISTRICT JUDGE
HONORABLE SARAH S. VANCE**

1