UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDI STONE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF NEW ORLEANS RESEARCH AND TECHNOLOGY FOUNDATION, INC., XYZ INSURANCE COS. 1-10<br><br>　　　　Defendant. | CAUSE NO.: 2:23-cv-01741<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

**ORDER**

Considering the foregoing *Ex Parte* Motion to Substitute Counsel,

**IT IS ORDERED** that the motion be an hereby is **GRANTED**. Daniel A. Meyer (La. Bar #33278), of Slater Slater Schulman, LLP, is enrolled and substituted as counsel for plaintiff, Sandi Stone, and William Most is withdrawn as counsel for plaintiff.

New Orleans, Louisiana, this  14th  day of June, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Donna Phillips Currault
　　　　　　　　　　　　　　　　United States Magistrate Judge