**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SANDI STONE** | **CIVIL ACTION NO.  23-1741** |
| **VERSUS** | **JUDGE SARAH S. VANCE**<br>**SECTION "R"** |
| **UNIVERSITY OF NEW ORLEANS**<br>**RESEARCH AND TECHNOLOGY**<br>**FOUNDATION, INC., XYZ**<br>**INSURANCE CO. 1-10** | **MAGISTRATE JUDGE DONNA**<br>**PHILLIPS CURRAULT** |

**ORDER**

Considering the foregoing Ex Parte Motion to Withdraw Partial Motion to Dismiss as Moot, filed by Defendant, the University of New Orleans Research and Technology Foundation, Inc. ("UNORTF");

IT IS HEREBY ORDERED that the Ex Parte Motion to Withdraw Partial Motion to Dismiss as Moot is GRANTED and that previously-filed Partial Motion to Dismiss (R. Doc. 18) be withdrawn as moot.

New Orleans, Louisiana, this __18th__ day of __August_____, 2023.

_____
Donna Phillips Currault
United States Magistrate Judge