UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SANDI STONE** | **CIVIL ACTION NO. 23-1741** |
| **VERSUS** | **JUDGE SARAH S. VANCE**<br>**SECTION "R"** |
| **UNIVERSITY OF NEW ORLEANS RESEARCH AND TECHNOLOGY FOUNDATION, INC., XYZ INSURANCE CO. 1-10** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, the University of New Orleans Research and Technology Foundation, Inc. ("Defendant" or "UNORTF"), and appearing solely for the purpose of this motion, reserving all rights, motion and defenses and without waiver thereof, respectfully moves this Court for an order allowing Kim M. Boyle (#18133) and Rebecca Sha (#35317) and the law firm of Phelps Dunbar LLP to withdraw as counsel of record for UNORTF. James M. Garner (#19589), Debra J. Fischman (#5578) of Sher, Garner, Cahill, Richter, Klein and Hilbert, LLC will remain as counsel for UNORTF. The filing of this motion will not unduly delay these proceedings nor prejudice any of the parties.

**WHEREFORE**, the undersigned prays that the Court enter an Order allowing the withdrawal of Kim M. Boyle and Rebecca Sha of Phelps Dunbar, LLP as counsel of record for Defendant, the University of New Orleans Research and Technology Foundation, Inc.

Respectfully submitted,

**JEFF LANDRY, ATTORNEY GENERAL**

BY:    */s/ James Garner*
       JAMES M. GARNER (#19589)
       DEBRA J. FISCHMAN (#5578)
       SHER, GARNER, CAHILL, RICHTER,
       KLEIN & HILBERT, LLC

909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
dfischman@shergarner.com

**SPECIAL ASSISTANT ATTORNEYS GENERAL COUNSEL FOR DEFENDANT, THE UNIVERSITY OF NEW ORLEANS RESEARCH AND TECHNOLOGY FOUNDATION, INC.**

**AND**

**PHELPS DUNBAR LLP**

BY:     */s/ Kim M. Boyle*
    KIM M. BOYLE (#18133)
    REBECCA SHA (#35317)
    365 Canal Street • Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130
    kim.boyle@phelps.com
    rebecca.sha@phelps.com

**COUNSEL FOR DEFENDANT, THE UNIVERSITY OF NEW ORLEANS RESEARCH AND TECHNOLOGY FOUNDATION, INC**