UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDI STONE | * | CIVIL ACTION |
| VERSUS | * | NO. 23-1741 |
| UNIVERSITY OF NEW ORLEANS RESEARCH AND TECHNOLOGY FOUNDATION, INC., ET AL. | *  * | SECTION "R" (2) |

## ORDER

The Clerk is directed to place into the court record the attached email from counsel advising the court that the parties have settled. Having been advised of their settlement,

IT IS ORDERED that Plaintiff's Motion to Compel Discovery Responses (ECF No.36) is DENIED AS MOOT, and the oral argument scheduled for February 28, 2024, is hereby **CANCELLED**.

By copy of this Order, Judge Vance is advised so that she may enter an appropriate 60-day conditional dismissal order.

New Orleans, Louisiana, this __21st__ day of February, 2024.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. SARAH S. VANCE**